Date: 05/11/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 111 Dated 05/11/10

Case Number 09-31368 - HUMMEL, MARK DAVID

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CHASE BANK USA NA**<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>**DALLAS TX 75374**<br>　FINAL DISTRIBUTION<br>　5102 | 000008 | 735.36 | 4.51 |
| **Recovery Management Systems Corporation**<br>For GE Money Bank<br>dba GAP<br>**25 SE 2nd Ave Ste 1120**<br>**Miami FL 33131**<br>　FINAL DISTRIBUTION<br>　4291 | 000010 | 631.91 | 3.88 |
| ---------- Remittance Total ---------------- | | 1,367.27 | 8.39 |

*John A. Hedback, Trustee*

RECEIVED 10 MAY 12 AM 10: 02 U.S. BANKRUPTCY COURT ST. PAUL, MN